IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNIE GARRETT LEE CHILDERS                                                                 PLAINTIFF

v.                                      CASE NO. 2:22-CV-2048

JAIL ADMINISTRATOR SHANE DAVIS,
SERGEANT MERCEDES ANDERSON and
JAILER GARETT REESER                                                                        DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 6) from U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice pursuant to 28 U.S.C. § 1915(A)(b)(1) for failure to state a claim upon which relief may be granted. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this May 22, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE